

1  Steven R. Blackburn, State Bar No. 154797
   Leslie J. Mann, State Bar No. 93467
2  EPSTEIN BECKER & GREEN, P.C.
   One California Street, 26th Floor
3  San Francisco, California 94111-5427
   Telephone: 415.398.3500
4  Facsimile: 415.398.0955
   sblackburn@ebglaw.com
5  lmann@ebglaw.com

6  Attorneys for Defendant,
   USPROTECT CORPORATION

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                                              **MEJ**

11  KHALIL POOLE,                CASE NO.

12            Plaintiff,          CV 08   0764

13      v.                        E-Filing

14  US PROTECT CORPORATION,       CERTIFICATION OF INTERESTED
    AND DOES 1 TO XX,             ENTITIES OR PERSONS
15
             Defendant.
16

17        Pursuant to Civil Local Rule 3-16, the undersigned, counsel of record for US Protect

18  Services Corporation certifies that the following listed persons, associations of persons, firms,

19  partnerships, corporations (including parent corporations) or other entities (i) have a financial

20  interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-

21  financial interest in that subject matter or in a party that could be substantially affected by the

22  outcome of this proceeding:

23        1.     US Protect Services Corporation  (Parent Corporation)

24  DATED: February 1, 2008          EPSTEIN BECKER & GREEN, P.C.

25                                   By: _____

26                                      Steven R. Blackburn
                                        Leslie J. Mann
27                                      USPROTECT CORPORATION
                                        Attorneys for Defendant
28

SF:158482v1                          CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
                                                                            Case No.