1   Steven R. Blackburn, State Bar No. 154797
    Leslie J. Mann, State Bar No. 95467
2   EPSTEIN BECKER & GREEN, P.C.
    One California Street, 26th Floor
3   San Francisco, California 94111-5427
    Telephone: 415.398.3500
4   Facsimile: 415.398.0955
    sblackburn@ebglaw.com
5   lmann@ebglaw.com

6   Attorneys for Defendant,
    USPROTECT CORPORATION
7

8               UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11  KHALIL POOLE,                          CASE NO.

12              Plaintiff,                  **PROOF OF SERVICE OF INITIAL
                                            DOCUMENTS**
13        v.

14  US PROTECT CORPORATION,
    AND DOES 1 TO XX,
15
                Defendant.
16

17  STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

18  1.    At the time of service I was at least 18 years of age and **not a party to this legal action**.

19
    2.    My business address is One California Street, 26th Floor, San Francisco, California
20        94111-5427.

21

22

23

24

25

26

27

28

SF:158481v1

3.    I served copies of the following documents:

- **WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO**
- **DROP BOX FILING PROCEDURES**
- **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**
- **[BLANK] CONSENT TO JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE**
- **[BLANK] DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE**
- **ECF REGISTRATION INFORMATION HANDOUT**
- **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**
- **CASE MANAGEMENT STANDING ORDER – MAGISTRATE JUDGE MARIA-ELENA JAMES**
- **STANDING ORDER RE: DISCOVERY AND DISPUTE PROCEDURES FOR CASE ASSIGNED OR REFERRED TO MAG. JUDGE MARIA-ELENA JAMES**
- **NOTICE OF TRIAL ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE AND ORDER TO FILE CONSENT/REQUEST FOR REASSIGNMENT FORM**
- **[BLANK] CONSENT TO ASSIGMENT OR REQUEST FOR REASSIGNMENT**
- **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA – CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**
- **CIVIL CASE COVER SHEET**
- **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

- 2 -

4.    I served the documents listed above in item 3 on the following persons at the addresses listed:

Patricia Poole-Khatib, Esq.          *Attorneys for Plaintiff*
Attorney at Law
490 7th Street                       Tel.  510-763-7792
Oakland, CA 94607                    Fax 510-633-9992

5.    ☒    **By United States mail**.  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and *(specify one):*

(1) ☐    deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date shown below, or

(2) ☒    placed the envelope for collection and mailing on the date shown below, following our ordinary business practices.  I am readily familiar with this business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred.  The envelope or package was placed in the mail at San Francisco, California.

6.    I served the documents by the means described in item 5 on *(date):*  February 1, 2008

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 02/01/08 | VIRGINIA LI | |
|---|---|---|
| Date | (Type or Print Name) | (Signature of Declarant) |

- 3 -