1  Steven R. Blackburn, State Bar No. 154797
   Leslie J. Mann, State Bar No. 95467
2  EPSTEIN BECKER & GREEN, P.C.
   One California Street, 26th Floor
3  San Francisco, California 94111-5427
   Telephone: 415.398.3500
4  Facsimile: 415.398.0955
   sblackburn@ebglaw.com
5  lmann@ebglaw.com

6  Attorneys for Defendant,
   USPROTECT CORPORATION

7

8              **UNITED STATES DISTRICT COURT**

9             **NORTHERN DISTRICT OF CALIFORNIA**

10

11  KHALIL POOLE,                          CASE NO.  3:08-cv-00764-MEJ

12          Plaintiff,

13      v.                                 **SUGGESTION OF BANKRUPTCY AND
                                           NOTICE OF AUTOMATIC STAY**
14  US PROTECT CORPORATION,
    AND DOES 1 TO XX,
15
            Defendant.
16

17      COMES NOW the Defendant, US PROTECT CORPORATION, by and through counsel,

18  and states that on March 16, 2008, Defendant was the subject of an involuntary bankruptcy

19  petition filed against it under chapter 7 of the Bankruptcy Code, title 11 U.S.C., §101, et. seq., in

20  the United States Bankruptcy Court for the District of Maryland, Case No. 08-13637.   As a

21  result, all proceedings against Defendant herein are automatically

22  //

23  //

24  //

25  //

26  //

27  //

28  //

---

SF:162361v1                              Suggestion of Bankruptcy and Notice of Automatic Stay

1  stayed pursuant to 11 U.S.C. § 362(a)(1).

2

3  Dated: March 18, 2008                    Respectfully submitted,

4

5  By Counsel                               EPSTEIN BECKER & GREEN, P.C.

6                                           By:  /s/ Leslie J. Mann
                                                 Steven R. Blackburn
7                                                Leslie J. Mann
                                            Attorneys for Defendant
8                                           USPROTECT CORPORATION

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -