UNITED STATES DISTRICT COURT

Northern District of California

KHALIL POOLE

              Plaintiff(s),           No. C 08-00764 MEJ

  v.

US PROTECT CORPORATION      **ADMINISTRATIVE CLOSURE**

              Defendant(s).
_____/

      On March 18, 2008, defendant filed a Notice of Bankruptcy. (Dkt. #5.) As there appears to be no reason at this time to maintain the file as an open case, the Court finds an administrative closure appropriate and instructs the Clerk of Court to close this case for statistical purposes. Nothing contained in this Order shall be considered a dismissal or disposition of this action and, should further proceedings in this litigation become necessary when the bankruptcy stay is lifted, any party may initiate it in the same manner as if this Order had not been entered.

      **IT IS SO ORDERED.**

Dated: July 1, 2009

                                                 _____
                                               Maria-Elena James
                                               Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**